# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellee,

v

JOHN HENRY GRANDERSON,

      Defendant-Appellant.

UNPUBLISHED
July 14, 2015

No.  321113
Saginaw Circuit Court
LC No.  13-038964-FC

Before:  O'CONNELL, P.J., and OWENS and M. J. KELLY, JJ.

M. J. KELLY, J. (*concurring*).

      I concur in the result only.

                                  /s/ Michael J. Kelly

-1-